UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T.V. MINORITY COMPANY,
INC.,

          Plaintiff,

v.

YRC, INC., d/b/a YRC
FREIGHT, *et al.*,

          Defendants.
_____/

Case No. 2:19-cv-12544
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

## **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (ECF No. 12)**

Plaintiff served requests to produce and interrogatories on Defendants on October 14, 2019 and November 8, 2019, respectively. (ECF No. 12, PageID.111.) Defendant failed to respond to these discovery requests in a timely fashion; therefore, Plaintiff filed the instant motion to compel. (ECF No. 12.) Judge Tarnow referred this motion to me for a hearing and determination. (ECF No. 14.)

The Court reviewed the motion and held a conference call with the attorneys from both parties on January 14, 2020, in advance of further briefing. As a result of the conference call, it has been confirmed that Defendants do owe the discovery at issue, will be able to provide responses within two weeks, and do not intend to oppose the motion. Plaintiff, in turn, has agreed to waive its request for costs and

expenses.  Accordingly, the motion (ECF No. 12) is **GRANTED.**  Defendants are **HEREBY ORDERED** to serve full and complete responses to Plaintiff's requests to produce and interrogatories on or before **January 28, 2020**, all objections being waived unless they were previously and timely served.

   **IT IS SO ORDERED.**

Dated: January 14, 2020

                                       Anthony P. Patti
                                       UNITED STATES MAGISTRATE JUDGE